BARRY E. HINKLE, Bar No. 071223
CHRISTIAN L. RAISNER No. 133839
KRISTINA L. HILLMAN, Bar No. 208599
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: 510.337.1001
Fax: 510.337.1023
E-mail: craisner@unioncounsel.net
        courtnotices@unioncounsel.net

Attorneys for Plaintiffs

*E-Filing Chambers Copy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| ROBERT ALVARADO, in his capacity as Trustee of the CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CARPENTERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and CARPENTERS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, and CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD for itself and on behalf of NORTHERN CALIFORNIA CARPTENTERS REGIONAL COUNCIL<br><br>    Plaintiffs,<br><br>  v.<br><br>WHITE OAK FLOOR, INC., A California Corporation,<br><br>    Defendant. | No.   C 04-04260 WDB<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE |

The Court is informed that the Chapter 7 bankruptcy case, No. 05-50191 MM, of Defendant was closed by final decree entered on March 5, 2008, by the United States Bankruptcy Court for the Northern District of California, San Jose Division. Defendant is a corporation that

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[Proposed] Order of Dismissal Without Prejudice
Case No. C 04-04260 WDB

has been liquidated pursuant to Chapter 7 of the Bankruptcy Code and as such does not receive a discharge from debt (*See* 11 U.S.C. § 727(a)(1)). Accordingly, ~~this case is~~ Plaintiff requests that this case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: July 17th, 2008

_____
UNITED STATES ~~DISTRICT~~ magistrate JUDGE

107390/498472

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
[Proposed] Order of Dismissal Without Prejudice
Case No. C 04-04260 WDB

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On July 1, 2008, I served upon the following parties in this action:

Luis A. Rodriguez
1323 Sandie Avenue
Sunnyvale, CA  94089

copies of the document(s) described as:

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify that the above is true and correct. Executed at Alameda, California, on July 1, 2008.

_____
J. L. ARANDA

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001